JAMES C. SANCHEZ, City Attorney
CITY OF FRESNO
By:  Tina R. Griffin, Deputy (#210328)
2600 Fresno Street
Fresno, California 93721-3602
Telephone:  (559) 621-7500
Facsimile: (559) 488-1084

Attorneys for Defendants, CITY OF FRESNO, CAPTAIN PAT RHAMES, EARL KAUNDART, AND CHRIS DICK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE HOWELL, an individual<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO; CAPTAIN PAT RHAMES; SERGEANT EARL KAUNDART; CHRIS DICK; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 1:07-cv-00371-OWW-NEW(TAG)<br><br>**FIRST AMENDED ORDER DENYING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT; STRIKING PLAINTIFF'S SECOND AMENDED COMPLAINT FILED ON APRIL 6, 2007; GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT; AND GRANTING PLAINTIFF'S MOTION TO REMAND REMOVED ACTION**<br><br>**Date:    May 14, 2007**<br>**Time:   10:00 a.m.**<br>**Crtm:   3**<br>**Senior U.S. District Judge Oliver W. Wanger** |

　　The motions of:  (1) Defendants, CITY OF FRESNO, CAPTAIN PAT RHAMES, EARL KAUNDART, AND CHRIS DICK's ("Defendants"), for dismissal, or alternatively more definite statement, and motion to strike ("Motion to Dismiss"); (2) Plaintiff, JEANETTE HOWELL's ("Plaintiff") Motion for Leave to File A Second Amended Complaint; and (3) Plaintiff's Motion to Remand Removed Action, came on regularly for hearing on May 14, 2007, at 10:00 a.m., in the above-entitled Court, the Honorable Oliver W. Wanger, Senior U.S. District Judge, presiding.

PDF created with pdfFactory trial version www.pdffactory.com

Appearing as counsel were Tina R. Griffin of the CITY OF FRESNO on behalf of Defendants, and Morris S. Getzels of the Law Office of Morris S. Getzels on behalf of Plaintiff.

After considering the papers filed in support of and in opposition of the motions, and the arguments of counsel at the hearing on the motions, the Court finds and orders the following:

1. Defendants' Motion to Dismiss is DENIED as moot because the grounds upon which Defendants' seek dismissal of Plaintiff's First Amended Complaint are raised in opposition to Plaintiff's motion for leave to file the proposed Second Amended Complaint, making discussion of the issues duplicative and unnecessary.

2. Plaintiff's Second Amended Complaint filed on April 6, 2007 is STRICKEN because it was filed without first obtaining leave of Court to do so.

3. Plaintiff's Motion for Leave to File a Second Amended Complaint to allege personal liability of the individual Defendants, CAPTAIN PAT RHAMES, EARL KAUNDART, AND CHRIS DICK, for the proposed first (Fair Employment and Housing Act ("FEHA")) and second (Violation of Public Policy) causes of actions is DENIED on the ground of futility as a matter of law because Plaintiff cannot seek to impose personal liability on the individual Defendants for the alleged discriminatory violations of FEHA or violation of public policy.

4. Plaintiff's Motion for Leave to File a Second Amended Complaint to allege paragraphs 1, 2, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, and 22 of the proposed Second Amended Complaint, with the exception that the term "Defendants" shall be changed to the term "Defendant, City of Fresno", is GRANTED on the ground that such allegations are not futile against Defendant, City of Fresno because Plaintiff's claim to the Department of Fair Employment and Housing that she was accused by officers of the Fresno Police Department of drug use because of her race would necessarily lead the investigation to Plaintiff's application for the position and the subsequent denial of her application because of her alleged drug use.

5. Plaintiff's Motion for Leave to File a Second Amended Complaint to allege the second (Violation of Public Policy) and third (Violation of California Constitution, Art. I, Sec. 8) causes of action in the proposed Second Amended Complaint is DENIED on the ground of futility as a matter of law because Plaintiff has failed to allege compliance with the California Government

PDF created with pdfFactory trial version www.pdffactory.com

Tort Claims Act which is fatal to those actions.

      6.    Plaintiff's Motion for Leave to File a Second Amended Complaint to allege prejudgment interest is GRANTED on the ground that such prayer is not futile because the primary purpose of Plaintiff's claim is to recover for the loss of a tangible economic benefit, the employment position for which Plaintiff alleges she was not hired because of her race.

      7.    Plaintiff is ordered to file a Second Amended Complaint in accordance with this Order by June 12, 2007.

      8.    Plaintiff's Motion to Remand Removed Action is GRANTED once Plaintiff has filed the Second Amended Complaint as ordered herein because leave has been granted to file the Second Amended Complaint, because no federal question is presented in the Second Amended Complaint, and because there have been no proceedings in this Court other than the motions discussed in this Order, and discretion is exercised in favor of remanding the action, as amended by the Second Amended Complaint, to the Fresno County Superior Court. The federal court has no interest in a local employment dispute, not asserting claims under federal law or the U.S. Constitution.

      9.    Plaintiff's request for an award of attorneys' fees and costs for the remand is DENIED because 28 U.S.C. §1447(c) does not apply.

**IT IS SO ORDERED**:

Dated: 6/8/2007                              By:      /s/ Oliver W. Wanger
                                                          Senior U.S. District Judge
                                                          OLIVER W. WANGER

TRG:elb [41296elb/trg]

PDF created with pdfFactory trial version www.pdffactory.com